UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-04658-SVW | Date | August 1, 2012 |
|---|---|---|---|
| Title | In re DAEWOO MOTOR AMERICA. INC. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER re APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA [1,2]

    In light of the Court's September 8, 2011 Order Affirming Bankruptcy Court's Order Denying Appellant's Motion to Extend Term of Creditor Trust, in related case 11-cv-4653, (Docket No. 57), this appeal, 11-cv-4658, is DISMISSED.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |